**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>24-CV-1345 |
|---|---|
| DEFENDANT<br>One 2003 Ferrari Enzo AB Version E, VIN #: ZFFCZ56B000132659, et al. | TYPE OF PROCESS<br>Forfeiture - Arrest |

U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
NOV 25 2024
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CARLA B. FREEDMAN, United States Attorney
United States Attorney's Office
James Hanley Federal Building
100 South Clinton Street, Syracuse, NY 13261

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please arrest the following property and place it in your custody: CATS #24-FBI-002512 (2003 Ferrari Enzo AB Version E, VIN #: ZFFCZ56B000132659); CATS #24-FBI-002516 (2014 Ferrari LaFerrari, VIN #: ZFF76ZHB000203166).

Signature of Attorney other Originator requesting service on behalf of: /s/ Elizabeth A. Conger / mm
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 315-448-0672
DATE: 11/20/2024

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 52 | District to Serve<br>No. 37 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/20/24 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date: 11/20/2024    Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS: THE ABOVE ASSETS 24-FBI-002512 & 24-FBI-002516 WERE TAKEN INTO CUSTODY ON 3/5/2024

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00