UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>One 2003 Ferrari Enzo AB Version E,<br>VIN #: ZFFCZ56B000132659; *et al.*<br><br>      Defendants. | Civil Action No.: 1:24-cv-1345 (MAD/DJS) |

## UNITED STATES' *EX PARTE* APPLICATION
## FOR WARRANT FOR SEIZURE OF REAL PROPERTY

The United States of America ("United States"), by and through its undersigned Assistant United States Attorney, makes this *ex parte* application to this Court, pursuant to 18 U.S.C. § 985(d)(1)(B)(ii), for the issuance of a warrant for seizure of the real property commonly known as 600 Linkhorn Drive, Virginia Beach, Virginia 23451 ("Defendant Real Property"), more particularly described, as follows:

> ALL that certain lot, piece or parcel of land, with the buildings and improvements thereon, situate in the City of Virginia Beach (formerly Princess Anne County), Virginia, and known, numbered and designated as Site One Hundred Fifty-Seven (157), as show on the Plat of Linkhorn Park, which plat is duly recorded in the Clerk's Office of the Circuit Court of the City of Virginia Beach (formerly Princess Anne County), Virginia in Map Book 5, Page 151.
>
> BEING ALL and the same lands and premises conveyed to Charles G. Barker and Susan L. Barker by 152 Pinewood Road, LLC, a Virginia Limited Liability Company in a Deed of Bargain and Sale dated *05/29/2020* and recorded *06/02/2020* in Document Number 20200602000466550, in the Clerk's Office of the Circuit Court of Virginia Beach, VA.

As the grounds thereof, the government states as follows:

1. That on January 15, 2025, the Untied States filed an Amended Verified Complaint for Forfeiture *in Rem* against the Defendant Real Property, alleging that said property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) as property involved in money laundering offenses, and pursuant to 18 U.S.C. § 981(a)(1)(C) as property constituting or derived from proceeds traceable to offenses in violation of 18 U.S.C. §§ 1343 and 1349.

2. That by means of this *ex parte* application, the United States is hereby notifying the Court of its intent to seize the Defendant Real Property prior to trial, in accordance with the requirements of 18 U.S.C. § 985(d)(1)(A).

3. That exigent circumstances presently exist and that seizure of the Defendant Real Property without pre-seizure notice or hearing is necessary to protect the United States' interests in preventing the destruction of the Defendant Real Property.

4. That less restrictive measures are inadequate to protect the United States' interests, as stated herein.

A memorandum of law in support of the United States' motion, the Affidavit of Assistant United States Attorney Elizabeth A. Conger, and a proposed Order are filed contemporaneously herewith for the Court's consideration.

Dated: March 31, 2025
JOHN A. SARCONE III
United States Attorney

By:   */s/ Elizabeth A. Conger*
Elizabeth A. Conger
Assistant United States Attorney
Bar Roll No. 520872