

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*   Tel.: (315) 448-0672
*James M. Hanley Federal Building*   Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

April 10, 2025

Hon. Daniel J. Stewart
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 314
Albany, New York 12207

Re:   ***Real Property Commonly Known as 600 Linkhorn Drive, Virginia Beach, VA 23451, et al.*, Civil Action No. 1:24-cv-1345 (MAD/DJS)**

Dear Judge Stewart:

Pursuant to Local Rule 7.1(a)(2), the United States respectfully requests the opportunity to reply to the response filed by B and R Acquisition Partners, LLC and JHM Lending Ventures, LLC (Dkt. No 49), to the United States' letter requesting a post-seizure hearing (Dkt. No. 47).

Respectfully submitted,

JOHN A. SARCONE III
United States Attorney

By:   */s/ Elizabeth A. Conger*
Elizabeth A. Conger
Assistant United States Attorney
Bar Roll No. 520872

cc:   M. Patrick Everman, via ECF
Rankin S. Fortenberry, via ECF