## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No.    1:24-cv-1345 (MAD/DJS) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| One 2003 Ferrari Enzo AB Version E, | ) | |
| VIN#: ZFFCZ56B000132659, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

Motion by:                          United States of America

Response Deadline:              September 15, 2025

Relief Sought:                     Motion to Strike the Claim of B and R
                                          Acquisition Partners, LLC and JHM Lending
                                          Ventures, LLC, For Lack of Standing,
                                          Pursuant to Supplemental Rule G(8)(c)

Supporting Papers:              Government's Memorandum of Law in
                                          Support of its Motion to Strike

Meet and Confer:                Respective counsel for plaintiff and claimant
                                          have met and conferred by TEAMS and email,
                                          prior to the filing of this motion

DATED:  August 24, 2025.      Respectfully submitted,

                                          JOHN A. SARCONE III
                                          Acting United States Attorney
                                          Northern District of New York

                                          Joshua R. Rosenthal
                                          Michael Barnett
                                          Assistant United States Attorneys
                                          Bar Roll Nos. 700730 & 519140