**U.S. Department of Justice**
United States Marshals Service

RECEIVED
By Eric Gregoire at 10:10 am, Nov 20, 2024

**PROCESS RECEIPT AND RETURN**
See instructions for "Service of Process by U.S. Marshal"

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 24 2025
AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 24-CV-1345 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| One 2003 Ferrari Enzo AB Version E, VIN #: ZFFCZ56B000132659, et al. | Forfeiture - Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CARLA B. FREEDMAN, United States Attorney
United States Attorney's Office
James Hanley Federal Building
100 South Clinton Street, Syracuse, NY 13261

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please arrest the following property and place it in your custody: CATS #24-FBI-008286 ($Richard Mille RM011 Watch with serial number 2722); CATS #24-FBI-008287 (Richard Mille RM 65-01 Watch); CATS #24-FBI-008288 (Rolex Watch, Serial Number: Y74R6549); CATS #24-FBI-008289 (Rolex Watch, Serial Number: 7P65S042); CATS #24-FBI-008290 (Rolex Watch, Serial Number: 0WU66577); CATS #24-FBI-008291 (Rolex Watch, Serial Number: 65R11547); CATS #24-FBI-008292 (Rolex Watch, Serial Number: 8S927086); CATS #24-FBI-002524 (Ferrari Engine Table)

Signature of Attorney other Originator requesting service on behalf of: /s/ Elizabeth A. Conger / mm
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 315-448-0672
DATE: 11/19/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 52
District to Serve No. 52
Signature of Authorized USMS Deputy or Clerk
Date: 11/20/2024

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 9/23/25
Time: 342 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | | | $65.00 |

REMARKS: 24-FBI-002524 in USMS custody since 3/18/2024

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00