

United States Department of Justice

United States Attorney
Northern District of New York

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0386* |
| *Albany, New York 12207-2924* | |

**By ECF**

February 18, 2026

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 407
Albany, NY 12207

RE:   *United States v. One 2003 Ferrari Enzo AB Version E, VIN #: ZFFCZ56B000132659, et al.*, Civil No. 1:24-cv-1345(MAD/DJS)

Dear Judge D'Agostino:

The government writes to respectfully withdraw its request for a stay of this proceeding (Dkt. # 63) without prejudice to renewal at a later date. I have conferred with counsel for B and R Acquisition Partners, LLC and JHM Lending Ventures, LLC, who confirmed that they are not seeking discovery at this time. The government may renew its request if discovery demands adversely affecting criminal matters are propounded in the future.

I thank the Court for its attention to this matter.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:   _____
Joshua R. Rosenthal
Assistant United States Attorney
Bar Roll No. 700730

cc: Counsel of record (by ECF)