**R. Sumner Fortenberry**
Attorney At Law
sfortenberry@bradley.com
601.592.9922 direct



April 23, 2026

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

*__VIA ECF ONLY__*

> ***Re:  Real Property Commonly Known as 600 Linkhorn Drive, Virginia Beach, VA 23541, et al., Civil Action No. 1:24-cv-1345 (MAD/DJS)***

Dear Judge D'Agostino:

Per the Court's request, please allow this letter to serve as B and R Acquisition Partners, LLC and JHM Lending Ventures, LLC (collectively, "B&R")'s letter request that the Court certify its March 18, 2026, Order ("the Order"), ECF No. 66, as a final judgment for purposes of appeal under Federal Rule of Civil Procedure 54(b). In this multi-party, multi-claim case, the Order appears to operate as a final adjudication of B&R's claim against 600 Linkhorn Drive, and there is no unjust reason for delay in allowing B&R to appeal what appears to be its complete dismissal from this action for lack of statutory standing. The undersigned has conferred with Joshua Rosenthal, counsel for the United States, and the United States does not oppose the relief requested by B&R.

B&R would note for the Court that it considered immediately appealing the Order but the law is both sparse and unclear as to its appealability. In the civil forfeiture context, some courts have determined that orders on motions to strike are not final appealable orders, but other jurisdictions have suggested that they *are* final for purposes of criminal forfeiture proceedings. *Compare United States v. $99,500.00 U.S. Currency Seized on Mar. 20, 2016*, No. 17-3049, 2017 WL 3122296, at *1 (6th Cir. Mar. 30, 2017), *United States v. Smith*, 995 F.2d 1064 (4th Cir. 1993), *with United States v. Peck*, 139 F.4th 1158, 1165 (10th Cir. 2025), and *United States v. Furando*, 40 F.4th 567, 575 (7th Cir. 2022). Because the undersigned has not unearthed a Second Circuit decision passing on the finality of a district court's order striking a claim in the civil forfeiture context, the undersigned seeks the Court's certification of its order as final and appealable under Federal Rule of Civil Procedure 54(b) to avoid any confusion as to its appealability.

4926-4526-6738.2

Bradley Arant Boult Cummings LLP | One Jackson Place | 188 E Capitol Street, Ste 1000 | Jackson, MS 39201 | 601.948.8000 | bradley.com

Hon. Mae A. D'Agostino
April 23, 2026
Page 2

In the event that the Court cannot pass on this request prior to May 17, 2026 (60 days following the Order's issuance, *see* Fed. R. App. P. 4(a)(1)(B)(i)), B&R feels compelled to file a notice of appeal of the Order to ensure that it perfects any appeal, despite the indications from other Circuits that the Order would not be final. B&R apologizes for its delay in neglecting to file this letter brief sooner.

Please do not hesitate to contact me if I can be of any assistance to the Court. Should the Court request it, B&R has drafted a formal motion requesting this relief and will file it at the Court's direction.

Best regards,

R. Sumner Fortenberry

cc:   Patrick Everman, Esq.
      Joshua Rosenthal, Esq.

4926-4526-6738.2